STEVEN WOLF
PFN: UKX495
CDC# F13128
5325 Broder Blvd.
Dublin, CA, 94568
  Petitioner Pro Per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEVEN WOLF,
  Plaintiff-petitioner,

v.

STATE OF CALIFORNIA,
Department of Corrections,
  defendant.

Case No. CV 08 3949 CW (PR)

Writ of Habeus Corpus

FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Comes Now the plaintiff Steven Wolf before this Honorable Court, and asks that the above entitled writ be granted in his favor.

On July 31, 2008 the plaintiff appeared before a Parole Commisioner at the Alameda County, Santa Rita Jail for a violation of his terms, and conditions of his parole. The

1.

commisioner awarded him half time, but with the plaintiff being housed in a county jail he is apt only to receive two thirds time.

In <u>Pasqual vs. California Department of Corrections 31 F.3d 488</u> the court came to the conclusion that a state prisoner being housed in a county jail should in fact receive the same good time credits as a prisoner housed in a CDC prison, because it isn't his fault that CDC is so over crowded the state must house him in a county jail. The county jail though is a contract facility, and therefore is another branch of CDC. Furthermore, not to give the prisoner the same credits as a prisoner housed in a CDC prison violates his eighth constitutional ammendment, to be free from cruel, and unusual punishment, and his fourteenth ammendment to due process.

Therefore, this plaintiff asks the court to rule in his favor, and order the state of California

Department of Corrections to award him his half time credits, as was granted by the Parole Commissioner on July 31, 2008.

Dated: 8-11-08

Respectfully Submitted

*Steven Wolf* (signature)
Steven Wolf

3.



Steven Wolf  UKX495
5325 Broder Blvd
Dublin CA 94568

Clerk of the Court
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102