STEVEN WOLF
PFN: WKX495
CDC# F13128
5325 Broder Blvd.
Dublin, CA. 94568

Petitioner Pro Per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 No. 3949 CW (PR)

STEVEN WOLF,
     Petitioner-plaintiff,

Vs.

STATE OF CALIFORNIA,
DEPARTMENT OF Corrections,
     defendant-respondant.

Declaration of petitioner

FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Steven Wolf declare as follows:

1. I am the plaintiff in the above entitled action;

2. I am a state prisoner currently being housed in a county jail, where I'm serving time for a parole violation;

3. The parole commissioner whom I appeared before awarded me half time for my parole violation;

I declare under the penalty of perjury, under the laws of the United States that the foregoing information is true, and correct to the best of my knowledge, and belief.

Dated: 8-11-08

*Steven Wolf*
STEVEN WOLF