FILED
08 AUG 26 PM 1:21
[illegible court stamp]
U.S. DISTRICT COURT

E-filing

CW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Steven Wolf

        Plaintiff,

vs.

State of California
Dept. of Corrections
        Defendant.

CASE NO. CV 08 3949

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

(PR)

I, Steven Wolf, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Lone Wolf Construction - June 2007 - Sept '07
5  25$ per hr.
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.    Business, Profession or                    Yes ___ No X
10           self employment
11    b.    Income from stocks, bonds,                 Yes ___ No X
12           or royalties?
13    c.    Rent payments?                             Yes ___ No X
14    d.    Pensions, annuities, or                    Yes ___ No X
15           life insurance payments?
16    e.    Federal or State welfare payments,         Yes ___ No X
17           Social Security or other govern-
18           ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.     Are you married?                             Yes ___ No X
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ___ No ✗
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No ✗
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ✗ No ___ Amount: $ 33 (on my Books at SRQ)
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✗
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account      Monthly Payment      Total Owed on This Acct.
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____

5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___ No ✗
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _____           _____
17     DATE                           SIGNATURE OF APPLICANT
18
19 I the plaintiff Steven Wolf auu currently
20 in Custody at Santa Rita Jail in Alameda
21 County. I have No way of paying any
22 Fees. I ask that the court wave all
23 Fees in this Matter Case # CV08 3949
24
25      8-20-08           Steven Wolf
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____     _____
                                          [Authorized officer of the institution]

Gwen Wolf CRX495
5325 Broder Blvd
Dublin CA 94568

2

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

OAKLAND CA 945
25 AUG 2008 PM 9 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES