IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WOLF, | No. C 08-03949 CW (PR) |
| Petitioner, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

  Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 24, 2008, mail directed to Petitioner by the Court was returned to the Clerk of the Court with a notation that it was undeliverable.  To date, Petitioner has not updated his address with the Court or submitted any further pleadings in this case.

  Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  See L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by

1 the court has been returned to the court as not deliverable, and
2 (2) the court fails to receive within sixty days of this return a
3 written communication from the pro se party indicating a current
4 address.  See L.R. 3-11(b).

5     More than sixty days have passed since the mail directed to
6 Petitioner by the Court was returned as undeliverable.  The Court
7 has not received a notice from Petitioner of a new address.
8 Accordingly, the petition is DISMISSED without prejudice pursuant
9 to Rule 3-11 of the Northern District Local Rules.  Petitioner's
10 application to proceed in forma pauperis (docket no. 4) is DENIED
11 as incomplete.

12     The Clerk of the Court shall enter judgment in accordance with
13 this Order, terminate all pending motions, and close the file.

14     IT IS SO ORDERED.

15 Dated: 2/2/09

                                    CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN WOLF,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV08-03949 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wolf
PFN #UKX495  CDC #F13128
5325 Broder Blvd.
Dublin, CA 94568

Dated: February 2, 2009

                                Richard W. Wieking, Clerk
                                By: Sheilah Cahill, Deputy Clerk

3